**CSD 2065** [04/07/08]

Court Telephone: (619) 557-5620
Court Hours: 9:00am-4:00pm, Monday-Friday
www.casb.uscourts.gov

Gregory A. Akers (SBN 91936)
P.O. Box 26219
San Diego, CA 92196
858/635-9350 -- gregakers@gmail.com

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

WALID and AWATIF JAMIL,

Debtor.

BANKRUPTCY NO. 09-05397-LT7

## TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 554 and Federal Rule of Bankruptcy Procedure 6007(a), notice is hereby given that the undersigned Trustee for the estate of the above-named debtor intends to abandon the following property:

PROPERTY TO BE ABANDONED:

Contingent, unliquidated and disputed cross-complaint against the Vechery Trust and others in Superior Court Case No. 37-2007-00063651. Listed value: "indeterminate." Damages claimed in cross-complaint: $11,000,000. No funds in the estate to pursue this cross-complaint. Minimal or no projected net benefit to unsecured creditors after costs of litigation and administration.

ESTIMATED VALUE OF THE PROPERTY:

Minimal or none

LIENS AGAINST THE PROPERTY:

See below

The property is to be abandoned because:

- ✔ There is little or no equity in the property for the estate.
- ✔ Costs of collection or litigation will probably exceed any recovery.
- ✔ Preservation of the asset is burdensome to the bankruptcy estate.
- ✔ Other: Debtor and the state court plaintiffs have discussed settling the dispute (and related dischargeability litigation) for payment of $50,000 to the debtors. These funds are subject to an attorneys fee lien of $50,000 asserted by the debtors' state court counsel. Listed claims in the debtors' Chapter 7 case total $12,693,000.00.

By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors. Requests for additional information about the proposed abandonment should be directed to the Trustee named below.

**CSD 2065**

IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

    - JM - call (619) 557-6019 - DEPARTMENT ONE (Room 218)
    - LA - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
    - LT - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
    - PB - call (619) 557-5157 - DEPARTMENT FOUR (Room 328)

2. **WITHIN TWENTY-EIGHT (28)[1] DAYS FROM THE DATE OF THIS NOTICE**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO THE ABANDONMENT and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 402 W. Broadway, Suite 600, San Diego, CA 92101. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the factual and legal grounds for the opposition.

3. **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO THE ABANDONMENT" AND "REQUEST AND NOTICE OF HEARING" within the 28-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the moving party may proceed to take the intended action.

Dated: 9/15/2009

/s/ Gregory A. Akers, Chapter 7 Trustee
Chapter 7 Trustee
Address: P. O. Box 26219
　　　　　San Diego, CA 92196

Phone No.: 858/635-9350
E-mail: gregakers@gmail.com

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 2065

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: tbobis               Page 1 of 2              Date Rcvd: Sep 15, 2009
Case: 09-05397                Form ID: pdf904            Total Noticed: 71

The following entities were noticed by first class mail on Sep 17, 2009.
db/jdb        +Walid E. Jamil,    Awatif S. Jamil,    43625 Vintners Place Dr.,    Sterling Heights, MI 48314-1336
aty           +David E. Britton,    Lockhart & Britton,    7777 Alvarado Road, Suite 422,    La Mesa, CA 91942-8289
tr            +Gregory A. Akers,    P. O. Box 26219,    San Diego, CA 92196-0219
11827616     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   American Honda Finance,    PO BOX 168088,    Irving, TX 75016)
11827614      +Alliance One Receivable Mang't,    1160 Centre Pointe Dr., Ste. #1,
                Mendota Heights, MN 55120-1270
11827615      +Allied Waste Services,    8364 Clairemont Mesa Blvd.,    San Diego, CA 92111-1302
11842282       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11827617      +Americas Servicing Co.,    Attn:Bankruptcy,    One Home Campus,    Des Moines, IA 50328-0001
11827618      +Aurora Loan Services 1,    Attn:bankruptcy,    PO BOX 1706,    Scottsbuff, NE 69363-1706
11827619      +Bank of America,    1111 North Paint Dr.,    Bldg. 4 Ste. 100,    Coppell, TX 75019-3831
11827620      +Bank of America,    PO BOX 26012,    Greensboro, NC 27420-6012
11827621      +Barclays Bank Delaware,    Attn:Customer Support Dept.,    PO BOX 8833,    Wilmington, DE 19899-8833
11827622      +Bedour Jamil,    5367 Falmouth,    Troy, MI 48085-3215
11827623      +Bill Charry,    2913 Stonefield,    Jamul, CA 91935-1660
11827624      +Bumble Bee-Connors Brothers,    POB 85362,    San Diego, Ca 92186-5362
11827632      +CJ Saldano,    631 9th St.,    Imperial Beach, CA 91932-1508
11827625      +California Treasurer's Office,    Attn:Bankruptcy Unit,    PO BO X942809,    915 Capitol Mall C-15,
                Sacramento, CA 95814-4801
11827626      +Campbells Company,    1 Campbell Place,    Camden, NJ 08103-1799
11827628      +Chase,    Attn:Bankruptcy Dept.,    POB 15298,    Wilmington, DE 19850-5298
11827627      +Chase,    Attn:Bankruptcy Dept.,    POB 100018,    Kennesaw, GA 30156-9204
11827629       China Lantian,    38/F, Office Tower,    Convention Plaza, 1 Harbour Rd.,    Wanchia, Hong Kong,
                China
11827630      +Chula Vista Municipality,    276 Fourth Ave.,    Chula Vista, CA 91910-2631
11827631      +Citi,    Atnn:Centralized Bankruptcy,    PO BOX 20507,    Kansas City, MO 64195-0507
11827633       Cox Communications,    POB 659004,    San Diego, CA 92165
11827634      +Customer Service,    POB 182273,    Columbus, OH 43218-2273
11827636      +DSNB,    Attn:Bankruptcy,    POB 8053,    Mason, OH 45040-8053
11827635      +David Roseman,    536 N. Lucerne Blvd.,    Los Angeles, CA 90004-1205
11827637      +ER Solutions, Inc.,    for Dish Network,    800 SW 39th St.,    Renton, WA 98057-4975
11827638      +Golden Pools,    POB 2690,    Alpine, CA 91903-2690
11827639       Greenbaum Law Group, LLP,    for Advantage Sales,    840 Newport Dr. Ste. 720,
                Newport Beach, CA 92660
11827640      +Greenpoint Mortgage,    POB 1093,    Branford, Ct 06405-8093
11827643      +HSBC Bank Nevada, N.A.,    Bass & Assoc.,    3936 E. Ft. Lowell Rd. Ste. 200,
                Tucson, AZ 85712-1083
11827645      +HSBC/Neimn,    Attn:Bankruptcy,    POB 15522,    Wilmington, DE 19850-5522
11827646      +HSBC/Saks,    140 W. Industrial Dr.,    Elmhurst, IL 60126-1602
11827641      +Howard E. Susman,    for M. Thornton & J.H. Cohn,    401 West A St. Ste. 2400,
                San Diego, cA 92101-7909
11827642      +Howard Halabo,    651 Anita, Ste. B-3,    Chula Vista, CA 91911-4659
11827647       Hunt & Henriques,    151 Bernal Rd. Ste. 8,    San Jose, CA 95119-1306
11827648     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court:   Internal Revenue Service,    Compliance Svcs-Insolvency Unit,
                POB 330500-Stop 15,    Detroit, MI 48232)
11827650       JC Penney,    Attn:Bankruptcy Dept.,    POB 103106,    Roswell, GA 30076
11827651      +Joseph Pastore,    3570 Camino Del Rio No. Ste. 103,    San Diego, CA 92108-1747
11827652      +Juan Carlos Arana,    2824 Savanah Ct.,    Chula Vista, CA 91914-4211
11827653      +Judith G. Miller,    Jaffe Raitt Heuer & Weiss, P.C.,    27777 Franklin Rd. Ste. 2500,
                Southfield, MI 48034-8214
11827654      +Kaiser Permanente,    POB 830913,    Birmingham, AL 35283-0913
11827655      +Mark L. Venardi, Esq.,    2033 N. Main St. Ste. 750,    Walnut Creek, CA 94596-3774
11827656      +Matthew L. Grode, Esq.,    for Alco Designs, Inc.,    1880 Century Park East. 12th Flr.,
                Los Angeles, CA 90067-1600
11830100      +National City Credit,    1 National City Parkway,    kalamazoo, MI 49009-8002
11830102      +Padre Dam Water,    9300 Fanita Parkway,    Santee, CA 92071-7906
11830103      +Parrish Equipment,    1520 W. Main St.,    Tishomingo, OK 73460-4726
11830104      +Paul R. Hage,    Jaffe Raitt Heuer & Weiss, P.C.,    27777 Franklin Rd. Ste. 2500,
                Southfield, MI 48034-8214
11830105      +Purity Foods,    5400 Broken Sound Blvd. Ste. 100,    Boca Raton, FL 33487-3517
11830106      +Raid Jamil,    349 Woodhaven Dr.,    Commerce Township, MI 48390-5801
11830107      +Reader's Digest Cust. Srv.,    POB 7823,    Red Oak, IA 51591-0823
11830109      +Robinson & Schmidt,    for JustenMarks Mfg. Ltd.,    12121 Whilshire Bl. Ste. 1201,
                Los Angeles, CA 90025-1188
11830110      +Salvador Arana,    6700 Gateway Park, Dr.,    San Diego, CA 92154-7533
11830111      +Sam Charry,    2913 Stonefield,    Jamul, CA 91935-1660
11830112      +Sam McCowan,    PO BOX 124575,    San Diego, CA 92112-4575
11830113       Sams Club,    Attn:Bankruptcy,    POB 103104,    Roswell, GA 30076
11830114      +Sanrio, Inc.,    570 Eccles Ave.,    S. San Francisco, CA 94080-1949
11830115      +Sempra Energy,    POB 129831,    San Diego, CA 92112-9831
11830116      +Steven A. Freund, Esq.,    for Vechery Family Trust,    1801 Century Park East, Ste. 2200,
                Los Angeles, CA 90067-2324
11830117      +The Venetian,    3355 Las Vegas Bvld.,    Las Vegas, NV 89109-8931
11830119      +U.S. Attorney,    Attn:Civil Div.,    Internal Revenue Service,    211 W. Fort St., Ste. 2001,
                Detroit, MI 48226-3220
11830120      +Union Bank,    POB 512380,    Los Angeles, CA 90051-0380
11830122      +Victoria's Secret,    PO BOX 182273,    Columbus, OH 43218-2273
11830123      +Volume Distributors, Inc.,    4199 Bandini Blvd.,    Vernon, CA 90058-4208
11830126      +WFNNB/New York & Company,    POB 182273,    Columbus, OH 43218-2273
11830125      +Wells Fargo Bank,    POB 5445,    Portland, OR 97228-5445
```

```
District/off: 0974-3           User: tbobis                Page 2 of 2                   Date Rcvd: Sep 15, 2009
Case: 09-05397                 Form ID: pdf904             Total Noticed: 71

The following entities were noticed by electronic transmission (continued)
The following entities were noticed by electronic transmission on Sep 15, 2009.
11830101      +E-mail/Text: bnc@nordstrom.com                                   Nordstrom FSB,    Attn:Bankruptcy Dept.,
               PO BOX 6566,    Englewood, CO 80155-6566
11830108       E-mail/PDF: rmscedi@recoverycorp.com Sep 16 2009 03:09:55       Recovery Management Sys. Corp.,
               25 S.E. 2nd Ave. Ste. 1120,   Miami, FL 33131-1605
11830121      +E-mail/Text: mdeleon@usecu.org                                    USE Credit Union,
               10120 Pacific Heights Bl.,   San Diego, CA 92121-4213
11830124      +E-mail/Text: vci.bkcy@vwcredit.com                                VW Credit Inc.,    1401 Franklin Blvd.,
               Libertyville, IL 60048-4460
                                                                                                          TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11824139       Delete this creditor
11827644       HSBC Mexico, S.A. de C.V,   Avenida Blvd. Sanchez,   Taboada Numero 10, 111,
               Zona Rio TJ Baja Calif
11827649       Jamil Holdings, Inc.
11830118       Tri-Mex Distributor, Inc.
cr*            American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                                     TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2009**            **Signature:**   _Joseph Speetjens_