NPT
Rev. 12/03

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Telephone: 619-557-5620
Website: www.casb.uscourts.gov
Hours: 9:00am-4:00pm Monday-Friday

**Walid E. Jamil**
43625 Vintners Place Dr.
Sterling Heights, MI 48314
xxx-xx-0915
*Debtor Aliases:* Wally Jamil

Case number: 09-05397-LT
Chapter: 7
Judge Laura S. Taylor

**Discharge of Debtor**

**Awatif S. Jamil**
43625 Vintners Place Dr.
Sterling Heights, MI 48314
xxx-xx-1414
*Joint Debtor Aliases:* Ann Jamil;Awatif S. Shamdooni

It appears that a petition commencing a case under title 11, United States Code, was filed by or against the person named above on 4/24/09 and that an order for relief was entered under Chapter 7, and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the court (or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained).

**IT IS ORDERED THAT:**

1. The above-named debtor is released from all dischargeable debts.

2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:
    a. debts dischargeable under 11 U.S.C. §523;

    b. unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2), (4), (6) or (15) and 11 U.S.C. §523(a);

    c. debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void in paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above-named debtor.

Dated: 11/6/09  **NUNC PRO TUNC**

By order of the court:

Barry K. Lander
Clerk of the Bankruptcy Court

```
District/off: 0974-3           User: bcawdrey              Page 1 of 2              Date Rcvd: Dec 07, 2009
Case: 09-05397                 Form ID: 160                Total Noticed: 71

The following entities were noticed by first class mail on Dec 09, 2009.
db/jdb         +Walid E. Jamil,   Awatif S. Jamil,   43625 Vintners Place Dr.,   Sterling Heights, MI 48314-1336
tr             +Gregory A. Akers,   P. O. Box 26219,   San Diego, CA 92196-0219
11827616      ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    PO BOX 168088,   Irving, TX 75016)
11827614       +Alliance One Receivable Mang't,   1160 Centre Pointe Dr., Ste. #1,
                 Mendota Heights, MN 55120-1270
11827615       +Allied Waste Services,   8364 Clairemont Mesa Blvd.,   San Diego, CA 92111-1302
11842282        American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern  PA 19355-0701
11827617       +Americas Servicing Co.,   Attn:Bankruptcy,   One Home Campus,   Des Moines, IA 50328-0001
11827618       +Aurora Loan Services 1,   Attn:bankruptcy,   PO BOX 1706,   Scottsbuff, NE 69363-1706
11827619       +Bank of America,   1111 North Paint  Dr.,   Bldg. 4 Ste. 100,   Coppell, TX 75019-3831
11827620       +Bank of America,   PO BOX 26012,   Greensboro, NC 27420-6012
11827621       +Barclays Bank Delaware,   Attn:Customer Support Dept.,   PO BOX 8833,   Wilmington, DE 19899-8833
11827622       +Bedour Jamil,   5367 Falmouth,   Troy, MI 48085-3215
11827623       +Bill Charry,   2913 Stonefield,   Jamul, CA 91935-1660
11827624       +Bumble Bee-Connors Brothers,   POB 85362,   San Diego, Ca 92186-5362
11827632       +CJ Saldano,   631 9th St.,   Imperial Beach, CA 91932-1508
11827625       +California Treasurer's Office,   Attn:Bankruptcy Unit,   PO BO X942809,   915 Capitol Mall C-15,
                 Sacramento, CA 95814-4801
11827626       +Campbells Company,   1 Campbell Place,   Camden, NJ 08103-1799
11827627       +Chase,   Attn:Bankruptcy Dept.,   POB 100018,   Kennesaw, GA 30156-9204
11827628       +Chase,   Attn:Bankruptcy Dept.,   POB 15298,   Wilmington, DE 19850-5298
11827629        China Lantian,   38/F, Office Tower,   Convention Plaza, 1 Harbour Rd.,   Wanchia, Hong Kong,
                 China
11827630       +Chula Vista Municipality,   276 Fourth Ave.,   Chula Vista, CA 91910-2631
11827631       +Citi,   Atnn:Centralized Bankruptcy,   PO BOX 20507,   Kansas City, MO 64195-0507
11827633       +Cox Communications,   POB 659004,   San Diego, CA 92165-9004
11827634       +Customer Service,   POB 182273,   Columbus, OH 43218-2273
11827636       +DSNB,   Attn:Bankruptcy,   POB 8053,   Mason, OH 45040-8053
11827635       +David Roseman,   536 N. Lucerne Blvd.,   Los Angeles, CA 90004-1205
11827637       +ER Solutions, Inc.,   for Dish Network,   800 SW 39th St.,   Renton, WA 98057-4975
11827638       +Golden Pools,   POB 2690,   Alpine, CA 91903-2690
11827639        Greenbaum Law Group, LLP,   for Advantage Sales,   840 Newport Dr. Ste. 720,
                 Newport Beach, CA 92660
11827640       +Greenpoint Mortgage,   POB 1093,   Branford, Ct 06405-8093
11827643       +HSBC Bank Nevada, N.A.,   Bass & Assoc.,   3936 E. Ft. Lowell Rd. Ste. 200,
                 Tucson, AZ 85712-1083
11827645       +HSBC/Neimn,   Attn:Bankruptcy,   POB 15522,   Wilmington, DE 19850-5522
11827646       +HSBC/Saks,   140 W. Industrial Dr.,   Elmhurst, IL 60126-1602
11827641       +Howard E. Susman,   for M. Thornton & J.H. Cohn,   401 West A St. Ste. 2400,
                 San Diego, cA 92101-7909
11827642       +Howard Halabo,   651 Anita, Ste. B-3,   Chula Vista, CA 91911-4659
11827647        Hunt & Henriques,   151 Bernal Rd. Ste. 8,   San Jose, CA 95119-1306
11827648      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
                (address filed with court: Internal Revenue Service,   Compliance Svcs-Insolvency Unit,
                 POB 330500-Stop 15,   Detroit, MI 48232)
11827651       +Joseph Pastore,   3570 Camino Del Rio No. Ste. 103,   San Diego, CA 92108-1747
11827652       +Juan Carlos Arana,   2824 Savanah Ct.,   Chula Vista, CA 91914-4211
11827653       +Judith G. Miller,   Jaffe Raitt Heuer & Weiss, P.C.,   27777 Franklin Rd. Ste. 2500,
                 Southfield, MI 48034-8214
11827654       +Kaiser Permanente,   POB 830913,   Birmingham, AL 35283-0913
11827655       +Mark L. Venardi, Esq.,   2033 N. Main St. Ste. 750,   Walnut Creek, CA 94596-3774
11827656       +Matthew L. Grode, Esq.,   for Alco Designs, Inc.,   1880 Century Park East. 12th Flr.,
                 Los Angeles, CA 90067-1600
11830100       +National City Credit,   1 National City Parkway,   kalamazoo, MI 49009-8002
11830102       +Padre Dam Water,   9300 Fanita Parkway,   Santee, CA 92071-7906
11830103       +Parrish Equipment,   1520 W. Main St.,   Tishomingo, OK 73460-4726
11830104       +Paul R. Hage,   Jaffe Raitt Heuer & Weiss, P.C.,   27777 Franklin Rd. Ste. 2500,
                 Southfield, MI 48034-8214
11830105       +Purity Foods,   5400 Broken Sound Blvd. Ste. 100,   Boca Raton, FL 33487-3517
11830106       +Raid Jamil,   349 Woodhaven Dr.,   Commerce Township, MI 48390-5801
11830107       +Reader's Digest Cust. Srv.,   POB 7823,   Red Oak, IA 51591-0823
11830109       +Robinson & Schmidt,   for JustenMarks Mfg. Ltd.,   12121 Whilshire Bl. Ste. 1201,
                 Los Angeles, CA 90025-1188
11830110       +Salvador Arana,   6700 Gateway Park, Dr.,   San Diego, CA 92154-7533
11830111       +Sam Charry,   2913 Stonefield,   Jamul, CA 91935-1660
11830112       +Sam McCowan,   PO BOX 124575,   San Diego, CA 92112-4575
11830114       +Sanrio, Inc.,   570 Eccles Ave.,   S. San Francisco, CA 94080-1949
11830115       +Sempra Energy,   POB 129831,   San Diego, CA 92112-9831
11830116       +Steven A. Freund, Esq.,   for Vechery Family Trust,   1801 Century Park East, Ste. 2200,
                 Los Angeles, CA 90067-2324
11830117       +The Venetian,   3355 Las Vegas Bvld.,   Las Vegas, NV 89109-8931
11830119       +U.S. Attorney,   Attn:Civil Div.,   Internal Revenue Service,   211 W. Fort St., Ste. 2001,
                 Detroit, MI 48226-3220
11830120       +Union Bank,   POB 512380,   Los Angeles, CA 90051-0380
11830122       +Victoria's Secret,   PO BOX 182273,   Columbus, OH 43218-2273
11830123       +Volume Distributors, Inc.,   4199 Bandini Blvd.,   Vernon, CA 90058-4208
11830126       +WFNNB/New York & Company,   POB 182273,   Columbus, OH 43218-2273
11830125        +Wells Fargo Bank,   POB 5445,   Portland, OR 97228-5445
```

```
District/off: 0974-3          User: bcawdrey            Page 2 of 2               Date Rcvd: Dec 07, 2009
Case: 09-05397                Form ID: 160              Total Noticed: 71
```

The following entities were noticed by electronic transmission (continued)

```
The following entities were noticed by electronic transmission on Dec 07, 2009.
aty            +E-mail/Text: lblaw@lockhartandbritton.com                            David E. Britton,
                Lockhart & Britton,    7777 Alvarado Road, Suite 422,    La Mesa, CA 91942-8289
11827650       +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2009 00:35:09     JC Penney,    Attn:Bankruptcy Dept.,
                POB 103106,    Roswell, GA 30076-9106
11830101       +E-mail/Text: bnc@nordstrom.com                            Nordstrom FSB,    Attn:Bankruptcy Dept.,
                PO BOX 6566,    Englewood, CO 80155-6566
11830108        E-mail/PDF: rmscedi@recoverycorp.com Dec 08 2009 00:35:10     Recovery Management Sys. Corp.,
                25 S.E. 2nd Ave. Ste. 1120,    Miami, FL 33131-1605
11830113       +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2009 00:35:09     Sams Club,    Attn:Bankruptcy,
                POB 103104,    Roswell, GA 30076-9104
11830121       +E-mail/Text: mdeleon@usecu.org                            USE Credit Union,
                10120 Pacific Heights Bl.,    San Diego, CA 92121-4213
11830124       +E-mail/Text: vci.bkcy@vwcredit.com                            VW Credit Inc.,    1401 Franklin Blvd.,
                Libertyville, IL 60048-4460
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11824139        Delete this creditor
11827644        HSBC Mexico, S.A. de C.V,    Avenida Blvd. Sanchez,    Taboada Numero 10, 111,
                 Zona Rio TJ Baja Calif
11827649        Jamil Holdings, Inc.
11830118        Tri-Mex Distributor, Inc.
cr*             American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                              TOTALS: 4, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2009**                          **Signature:**        _Joseph Speetjens_